FORM C9B
1ECB954237 – EMERY CELLI BRINCKERHOFF & ABADY LLP

## UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

---------------------------------------------------

JUAN PABLO LUGO, AKA NALDO REYES,

    PLAINTIFF
– vs. –

CITY OF NEW YORK ET AL,

    DEFENDANT

---------------------------------------------------

Index No: **08 CV 02931**
Date Filed: **03/20/2008**
Office No:
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**DAVID GOLDBERG** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **03/25/2008** at **10:26AM** at **100 CHURCH STREET 4TH FLOOR, NEW YORK, NY 10007**, I served a true copy of the **SUMMONS AND COMPLAINT JURY TRIAL DEMAND** upon **THE CITY OF NEW YORK OFFICE OF THE CORPORATION COUNSEL NEW YORK CITY LAW DEPARTMENT** the **DEFENDANT** therein named by delivering to, and leaving personally with **TAMIKA MENDES GAMMON, AUTHORIZED TO ACCEPT**, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

SEX: **FEMALE**   COLOR: **BLACK**   HAIR: **BLACK**
APP. AGE: **30**   APP. HT: **5'4**   APP. WT: **120**
OTHER IDENTIFYING FEATURES:

Sworn to before me on **03/26/2008**.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA466708
Qualified in BRONX
Commission Expires 12/31/2010

DAVID GOLDBERG – 916033
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
MA