5 – SUBSTITUTE SERVICE / MAILING AT BUSINESS
ECB954238 – EMERY CELLI BRINCKERHOFF & ABADY LLP

UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

Index No: 08 CV 02931
Date Filed: / /
Office No:
Court Date:

JUAN PABLO LUGO, AKA NALDO REYES,
 PLAINTIFF
– vs. –

CITY OF NEW YORK ET AL,
 DEFENDANT

STATE OF NEW YORK COUNTY OF NEW YORK :SS:

IAN ELLISON being duly sworn, deposes and says;

I AM OVER THE AGE OF 18 YEARS AND RESIDE IN THE STATE OF NEW YORK.

Deponent served the **SUMMONS AND COMPLAINT JURY TRIAL DEMAND** upon the **DEFENDANT CAPTAIN FREEMAN WILLIAMS, SHIELD #824** on **03/27/2008** at **01:30PM** at **7901 BROADWAY C/O ELMONT HOSPITAL % North Infirmary Command, EAST ELMHURST, NY 11370** actual place of business of the **DEFENDANT** by delivering thereat a true copy to **CAPT 'JANE' HANNAH, CO-WORKER OF THE DEFENDANT**, a person of suitable age and discretion whose approximate description is as follows:

SEX: **FEMALE**           COLOR: **WHITE**           HAIR: **BLONDE**
APP. AGE: **40**          APP. HT: **5'8**           APP. WT: **160**
OTHER IDENTIFYING FEATURES:

Deponent also mailed a copy of same in an official depository under the exclusive care and custody of the United States Post Office Department within New York State on **03/28/2008** by first class mail to:

**CAPTAIN FREEMAN WILLIAMS, SHIELD #824**
**7901 BROADWAY C/O ELMONT HOSPITAL % North Infirmary Command, EAST ELMHURST, NY 11370**

That address being **actual place of business of the DEFENDANT**, in an envelope bearing the legend "PERSONAL AND CONFIDENTIAL", and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person served.

Sworn to before me on **03/28/2008**.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667812
Qualified in BRONX
Commission Expires 12/31/2010

IAN ELLISON – 1278415
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
ML