FORM C9B
1ECB954235 – EMERY CELLI BRINCKERHOFF & ABADY LLP

UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

---

JUAN PABLO LUGO, AKA NALDO REYES,

    PLAINTIFF

– vs. –

CITY OF NEW YORK ET AL,

    DEFENDANT

---

Index No: **08 CV 02931**
Date Filed: **03/20/2008**
Office No:
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**DAVID GOLDBERG** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **03/24/2008** at **11:02AM** at **60 HUDSON STREET 6TH FLOOR , NEW YORK, NY 10013**, I served a true copy of the **SUMMONS AND COMPLAINT JURY TRIAL DEMAND** upon **CHIEF OF DEPARTMENT CAROLYN THOMAS NEW YORK CITY DEPARTMENT OF CORRECTION** the **DEFENDANT** therein named by delivering to, and leaving personally with **POLICE OFFICER 'JANE', AUTHORIZED TO ACCEPT**, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

| | | |
|---|---|---|
| SEX: **FEMALE** | COLOR: **WHITE** | HAIR: **RED** |
| APP. AGE: **30** | APP. HT: **5'3** | APP. WT: **140** |
| OTHER IDENTIFYING FEATURES: | | |

Sworn to before me on **03/25/2008**.

NEIL SIMENSKY
Notary Public, State of New York
No. 01SI4767841
Qualified in NEW YORK
Commission Expires 12/31/2010

DAVID GOLDBERG – 916033
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
E