AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN      DISTRICT OF      NEW YORK

## APPEARANCE

Case Number:  08-2931

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

THE CITY OF NEW YORK, MARTIN F. HORN, CAROLYN THOMAS, RICHARD R. WHITE

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/7/2008 | |
| Date | Signature |
| | Suzette Corinne Rivera      SR4272 |
| | Print Name      Bar Number |
| | 100 Church Street |
| | Address |
| | New York    NY    10007 |
| | City    State    Zip Code |
| | (212) 788-9567    (212) 788-9776 |
| | Phone Number    Fax Number |