```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JUAN PABLO LUGO, a/k/a NALDO REYES,

    Plaintiff,

08 Civ. 2931 (JGK)

- against -

CITY OF NEW YORK; Commissioner MARTIN F. HORN;
Chief of Department CAROLYN THOMAS; Deputy
Commissioner RICHARD R. WHITE; Captain FREEMAN
WILLIAMS, Shield # 824; Officer FRANK GAETA, Shield
# 3523; Officer URUNDI McCOY, Shield # 3190; Officer
JAMES HOUSTON, Shield # 11043; Officers JOHN/JANE
DOES #1-5,

**JOINT PROPOSED
DISCOVERY PLAN**

    Defendants.
------------------------------------------------------------x

       This Joint Proposed Discovery Plan is submitted in accordance with Rule 26(f) and is adopted as the Scheduling Order of this Court in accordance with Rule 16(f).

1.     The initial status conference is scheduled for June 9, 2008 at 4:30 p.m.

2.     Initial Disclosures pursuant to Rule 26(a) shall be completed not later than June 23, 2008.

3.     First requests for discovery are due no later than June 23, 2008.

4.     Deadline for joinder of additional parties and amendment of the pleadings shall be July 23, 2008.

5.     All discovery, including the production of expert reports and expert depositions, shall be completed by December 1, 2008.

6.     Any dispositive motion must be served on or before January 5, 2008

7.     Pretrial order shall be due 30 days after the ruling on any dispositive motion, or, if no dispositive motion is filed, 30 days after the close of discovery.

8.     ~~A pretrial conference shall be scheduled for:~~

9.     Parties are to be ready for trial on 48 hour notice, 2 weeks after the submission of the Joint Pre-Trial Order.

SO ORDERED:

_____
John J. Koeltl, U.S.D.J.

Dated: _____

Parties shall inform the Court by 9/5/08 whether the assistance of the Magistrate Judge for purposes of settlement would be useful and whether they consent to Trial before the Magistrate Judge.

So ordered.
JK Koeltl
U.S.D.J.

6/9/08.