

JUN 13 2008

THE CITY OF NEW YORK

MICHAEL A. CARDOZO
*Corporation Counsel*

LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

SUZETTE CORINNE RIVERA
*Assistant Corporation Counsel*
Phone: (212) 788-95671
Fax: (212) 788-9776
srivera@law.nyc.gov

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/08

June 13, 2008

BY FAX
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
212-805-7912

APPLICATION GRANTED
SO ORDERED

6/13/08

John G. Koeltl, U.S.D.J.

Re: Lugo v. The City of New York et al., 08 CV 2931 (JGK)

Dear Judge Koeltl:

    I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and counsel for defendants City of New York, Commissioner Martin F. Horn, Chief Carolyn Thomas and Deputy Commissioner Richard R. White. I write to respectfully request a brief two week enlargement of time, from June 13, 2008, to June 27, 2008, within which Correction Officer Frank Gaeta may answer or otherwise respond to the complaint. Although I left a voicemail message for plaintiff's counsel, Elora Mukherjee, Esq., regarding this request, I have been unable to speak with her.

    Despite my best efforts, I have not yet been able to resolve representational issues regarding Correction Officer Frank Gaeta. As such, an enlargement of time is necessary so that I may do so and it is expected that these outstanding issues will be resolved by no later than June 27, 2008.

    In view of the foregoing, it is respectfully requested that the Court grant the within request extending Correction Officer Frank Gaeta's time to answer or otherwise respond to the complaint until June 27, 2008.

    Thank you for your consideration in this regard.

Respectfully submitted,

Suzette Corinne Rivera
Assistant Corporation Counsel

cc: <u>BY FAX</u>
Elora Mukherjee, Esq.
Emory Celli Brinckerhorr & Abady
212-763-5001