UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JUAN PABLO LUGO, a/k/a NALDO REYES,

Plaintiff,

08 Civ. 2931 (JGK)

- against -

CITY OF NEW YORK; Commissioner MARTIN F. HORN;     **WRIT OF HABEAS**
Chief of Department CAROLYN THOMAS; Deputy          **CORPUS AD**
Commissioner RICHARD R. WHITE; Captain FREEMAN      **TESTIFCANDUM**
WILLIAMS, Shield # 824; Officer FRANK GAETA, Shield
# 3523; Officer URUNDI McCOY, Shield # 3190; Officer
JAMES HOUSTON, Shield # 11043; Officers JOHN/JANE
DOES #1-5,

Defendants.

------------------------------------------------------------x

TO:

➤   SUPERINTENDENT, ORLEANS CORRECTIONAL FACILITY
➤   COMMISSIONER, NEW YORK STATE DEPARTMENT OF
    CORRECTIONAL SERVICES
➤   COMMISSIONER, NEW YORK CITY DEPARTMENT OF CORRECTION
➤   MEDICAL DIRECTOR, PRISON HEALTH SERVICES, BELLEVUE
    HOSPITAL

GREETINGS:

The Commissioner of the New York State Department of Correctional Services

and the Superintendent of Orleans Correctional Facility are hereby commanded to produce the

body of JUAN PABLO LUGO, also known as NALDO REYES (DIN: 07A1978; DOB:

3/26/1976) now incarcerated in Orleans Correctional Facility in Albion, New York, and deliver

him to Sing Sing Correctional Facility in Ossining, New York on or before the 21st day of July

2008 so that JUAN PABLO LUGO may be housed at Sing Sing Correctional Facility.

1

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/08

Thereafter, on the 21st day of July, 2008, the Commissioner of the New York

State Department of Correctional Services is commanded to direct that officers of the New York

State Department of Correctional Services transport the body of JUAN PABLO LUGO from

Sing Sing Correctional Facility, in Ossining, New York, to NEW YORK CITY and to the

Bellevue Hospital prison ward, New York, New York, where he will be registered as a patient

and examined by Dr. Lisa Park at the Bellevue Ophthalmology Consult Department, Wing 5

North, Room 27, at Bellevue Hospital, New York, New York commencing at 1 P.M. on July 21,

2008.

Upon completion of said examination, and on July 21, 2008, officers of the New

York State Department of Correctional Services shall return JUAN PABLO LUGO to the

custody of the Commissioner of the New York State Department of Correctional Services at Sing

Sing Correctional Facility. *At all Times, Juan Pablo Lugo is to remain in the custody of the New York State Dept of Correctional Services.*

ALL OF THE ABOVE IS SO ORDERED.

_____
HON. JOHN G. KOELTL, U.S. District Judge

Dated: New York, New York
        6/30   , 2008

2