UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JUAN PABLO LUGO,

                                   Plaintiff,

        -against-

THE CITY OF NEW YORK, et. al.,

                                Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

08 CV 2931 (JGK)

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendants City of New York, Commissioner Martin F. Horn, Carolyn Thomas, Richard R. White, Captain Freeman Williams, Officer Frank Gaeta, Officer Urundi McCoy and Officer James Houston and request that all future papers in this action be served upon the undersigned at the address stated below.

Dated:       New York, New York
               July 15, 2008

                                         MICHAEL A. CARDOZO
                                         Corporation Counsel of the
                                           City of New York
                                         *Attorney for Defendants*
                                         100 Church Street
                                         New York, New York 10007
                                         (212) 442-8248

                                     By:            /s/
                                           MARK D. ZUCKERMAN